UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-cr-00191-AC |
| | ) | |
| Plaintiff, | ) | [~~Proposed~~] ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| | ) | |
| v. | ) | |
| | ) | |
| ZMONTE L. HARRIS, | ) | DATE:  January 19, 2021 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Allison Claire |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-cr-00191-AC with prejudice is GRANTED.

It is further ordered that the status conference scheduled on January 19, 2021, is vacated.

IT IS SO ORDERED.


Dated: December 22, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE STATUS CONFERENCE                               1                    U.S. v. ZMONTE L. HARRIS